Eastern District of Kentucky
FILED

APR 2 3 2026

AT LONDON
Robert R. Carr
CLERK U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**SOUTHERN DIVISION**
**LONDON**

**UNITED STATES OF AMERICA**

**V.**                                   INDICTMENT NO. 6:26-CR-67-REW-HAI
                                        **21 U.S.C. § 841(a)(1)**

**HOWARD DUANE WILSON and**
**AARON WAYNE DICKERSON**

\*   \*   \*   \*   \*

**THE GRAND JURY CHARGES:**

On or about March 25, 2026, in Laurel County, in the Eastern District of Kentucky,

**HOWARD DUANE WILSON and**
**AARON WAYNE DICKERSON,**

aided and abetted by each other, did knowingly and intentionally possess with the intent to distribute controlled substances, including a mixture or substance containing a detectable amount of fetanyl, a Schedule II controlled substance, and 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, all in violation of 21 U.S.C. § 841(a)(1).

Before **HOWARD DUANE WILSON** committed the offense charged in this count, **HOWARD DUANE WILSON** had a final conviction for a serious drug felony, namely, a conviction under KRS 218A.1412(1)(b), trafficking in controlled substance, first degree, first offense, greater than two grams of methamphetamine, for which he served more than 12 months of imprisonment and for which he was released from serving any term of

imprisonment related to that offense within 15 years of the commencement of the instant offense.

                                        A TRUE BILL

                                        ████████████████████

                                        FOREPERSON


_____
JASON D. PARMAN
FIRST ASSISTANT UNITED STATES ATTORNEY


_____
W. SAMUEL DOTSON
ASSISTANT UNITED STATES ATTORNEY

## PENALTIES

### COUNT 1:

Not more than 20 years imprisonment, not more than a $1,000,000 fine, and at least 3 years supervised release.

**If Prior Felony Drug Offense:** Not more than 30 years imprisonment, not more than a $2,000,000 fine, and at least 6 years supervised release.

**If responsible for 50 grams or more of a mixture or substance containing methamphetamine:** Not less than 5 years and not more than 40 years of imprisonment, not more than a $5,000,000 fine, and at least 4 years supervised release.

**If Prior Serious Drug Felony or Serious Violent Felony Conviction:** Not less than 10 years nor more than life imprisonment, not more than a $8,000,000 fine, and at least 8 years supervised release.

**PLUS:**    Mandatory special assessment of $100 per count.

**PLUS:**    Restitution, if applicable.